```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                                    Case No. 18-03304-RNO
Lawrence T. Chester                                                       Chapter 13
      Debtor                      **CERTIFICATE OF NOTICE**

District/off: 0314-1         User: MMchugh            Page 1 of 1            Date Rcvd: Aug 29, 2018
                             Form ID: ntnew341        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 31, 2018.
db              +Lawrence T. Chester,    403 Debbi Court,    Hanover, PA 17331-4217
5093395         +Matthew Fissel, Esquire,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5099931          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 29 2018 19:24:24
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5093394         +E-mail/Text: bankruptcy.bnc@ditech.com Aug 29 2018 19:16:28       DiTech Financial,
                  P.O. Box 6172,    Rapid City, SD 57709-6172
5093792         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Aug 29 2018 19:23:52
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 28, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Lawrence T. Chester spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Lawrence T. Chester,      Chapter    13

    **Debtor 1**

Case No.    1:18–bk–03304–RNO

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Location | Date/Time |
|---|---|
| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: October 4, 2018<br>Time: 10:00 AM |

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101–1737
(717) 901–2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: MMchugh, Deputy Clerk

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: August 29, 2018

ntnew341 (04/18)