```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 18-03304-RNO
Lawrence T. Chester                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: BIrving    Page 1 of 1    Date Rcvd: Sep 05, 2018
                        Form ID: pdf010    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 07, 2018.
```
db              +Lawrence T. Chester,    403 Debbi Court,    Hanover, PA 17331-4217
5093395         +Matthew Fissel, Esquire,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5099931          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 05 2018 18:56:36
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5093394         +E-mail/Text: bankruptcy.bnc@ditech.com Sep 05 2018 18:55:29        DiTech Financial,
                  P.O. Box 6172,    Rapid City, SD  57709-6172
5093792         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 05 2018 19:07:15
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 07, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 5, 2018 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Lawrence T. Chester spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| | Chapter: 13 |
| | Case Number: 1-18-bk-03304 RNO |
| | Document No.: 15 |
| **LAWRENCE T. CHESTER** | Nature of Proceeding: **Motion to Extend Automatic Stay** |
| * Debtors | |

## ORDER

After initial consideration of the Debtor's Motion for an Order Extending the Automatic Stay as to Real Property Located at 403 Debbi Court, Hanover, PA 17331 and All Personal Property ("Motion"), filed to Docket No. 15, it is

ORDERED that the automatic stay in the above captioned matter shall be extended until the conclusion of the hearing on the Motion scheduled for October 3, 2018, at 10:00 a.m., in Bankruptcy Courtroom, Third Floor, Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

The automatic stay will expire at the conclusion of the hearing, unless this Court orders otherwise.

By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (BI)

September 5, 2018