```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 18-03304-RNO
Lawrence T. Chester                                             Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: MMchugh     Page 1 of 1     Date Rcvd: Sep 19, 2018
                      Form ID: pdf010    Total Noticed: 5

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             +Lawrence T. Chester,    403 Debbi Court,    Hanover, PA 17331-4217
5093395        +Matthew Fissel, Esquire,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5099931         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 19:20:09
                 Capital One Bank (USA), N.A.,   PO Box 71083,    Charlotte, NC  28272-1083
5093394        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 19 2018 19:14:34      DiTech Financial,
                 P.O. Box 6172,   Rapid City, SD 57709-6172
5093792        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 19:18:37
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Lawrence T. Chester spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4
```

# U.S. BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LAWRENCE T. CHESTER  : CHAPTER 13
                            :
Debtors                     : BANKRUPTCY NO. 1:18-03304

## ORDER

AND NOW, Upon consideration of the Motion to Reconsider the Dismissal of this Chapter 13 Case, It is hereby ORDERED and DECREED that the Order of Dismissal dated September 12, 2018 is hereby Vacated and the above case is REOPENED. The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

Dated: September 18, 2018          By the Court,

                                   Robert N. Opel, II, Chief Bankruptcy Judge (BI)