```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                              Case No. 18-03304-RNO
Lawrence T. Chester                                                 Chapter 13
       Debtor                      CERTIFICATE OF NOTICE
District/off: 0314-1         User: MMchugh              Page 1 of 1          Date Rcvd: Oct 02, 2018
                             Form ID: pdf010            Total Noticed: 5
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db              +Lawrence T. Chester,    403 Debbi Court,    Hanover, PA 17331-4217
5093395         +Matthew Fissel, Esquire,    701 Market Street Suite 5000,    Philadelphia, PA 19106-1541

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5099931          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 02 2018 19:04:24
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
5093394         +E-mail/Text: bankruptcy.bnc@ditech.com Oct 02 2018 19:04:40       DiTech Financial,
                  P.O. Box 6172,    Rapid City, SD  57709-6172
5093792         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 02 2018 19:04:09
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA  23541-1021
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James    Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Sean Patrick Quinlan    on behalf of Debtor 1 Lawrence T. Chester spqesq@hotmail.com,
               lesliebrown.paralegal@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 4

Sean Patrick Quinlan
Quinlan Law Office
2331 Market Street
Camphill, PA 17011
717 724-7503
Email: spqesq@hotmail.com

U.S. BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Lawrence T. Chester | : CHAPTER 13 |
| | : |
| Debtor | : BANKRUPTCY NO. 1: 18-03304 RNO |
| | : JUDGE: RNO |

## ORDER

AND NOW, Upon consideration of the Debtors Motion to Extend the Automatic Stay, it is hereby

ORDERED as follows:

The Debtor's Automatic Stay under Section 362 (a) will be extended as to all creditors for the duration of this Chapter 13 Proceeding, or until such time as the stay is terminated under section 362 (c) (1) or (c) (2), or a Motion for Relief from Stay is Granted under Section 362 (d).

Dated:   October 2, 2018                    By the Court,

_____
Robert N. Opel, II, Chief Bankruptcy Judge (DG)