UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: LAWRENCE T. CHESTER : CHAPTER 13
     Debtor(s) :
      :
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
     Movant :
      :
     vs. :
      :
LAWRENCE T. CHESTER :
     Respondent(s) : CASE NO. 1-18-bk-03304

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

     AND NOW, this 4th day of October, 2018, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

          a. Residential real estate.

     2. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

          a. The plan is underfunded relative to claims to be paid – 100% plan.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

          a. Deny confirmation of debtor(s) plan.
          b. Dismiss or convert debtor(s) case.
          c. Provide such other relief as is equitable and just.

                                         Respectfully submitted:

                                         /s/Charles J. DeHart, III
                                         Standing Chapter 13 Trustee
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036
                                         (717) 566-6097

CERTIFICATE OF SERVICE

    AND NOW, this 16th day of October, 2018, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Sean Patrick Quinlan, Esquire
2331 Market Street
Camp Hill, PA 17011

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee